No. 11–9281.   IN RE DOYLE.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed.   See this Court's Rule 39.8.

No. 11–719.   DOYLE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 11–757.   KOHLBERG KRAVIS ROBERTS & CO., L. P., ET AL. v. 27001 PARTNERSHIP ET AL.   Sup. Ct. Ala.   Certiorari denied.

No. 11–777.   ROBBINS v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 11–784.   AL KASSAR ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 11–788.   HIJAZI v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 11–812.   PSYSTAR CORP. v. APPLE INC.   C. A. 9th Cir. Certiorari denied.

No. 11–837.   COMMONWEALTH OF PUERTO RICO v. UNITED STATES ET AL.; and
No. 11–876.   IGARTUA ET AL. v. UNITED STATES ET AL.   C. A. 1st Cir.   Certiorari denied.   Reported below: 626 F. 3d 592.

No. 11–844.   TELLECHEA v. UNITED STATES; and
No. 11–862.   BRADLEY ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 644 F. 3d 1213.

No. 11–860.   XIANLI ZHANG ET AL. v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 11–935.   CHAMBERLAIN v. PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 11–945.   EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS, DBA CUBAEXPORT v. DEPARTMENT OF THE TREASURY ET AL.   C. A. D. C. Cir.   Certiorari denied.